# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ELIE BRAIDI,

     Plaintiff(s),

v.

LAS VEGAS SANDS CORP.,

     Defendant(s).

Case No. 2:23-cv-01258-JCM-NJK

**Order To Show Cause**

[Docket No. 29]

On August 14, 2023, this case was transferred into this District from the Central District of California. Docket No. 24. On that date, the parties were ordered to file any *pro hac vice* applications by August 28, 2023. Docket No. 25. On August 15, 2023, the parties were also ordered to file a joint discovery plan by September 11, 2023. Docket No. 26.[1]

Plaintiff continues to be represented by a California attorney and has not filed a *pro hac vice* application. Moreover, Plaintiff did not participate in the preparation and filing of a proposed discovery plan. *See* Docket No. 29 at 1 (unilateral discovery plan filed by Defendant).

In light of the circumstances, Plaintiff is hereby **ORDERED** to show cause in writing, no later than September 26, 2023, why this case should not be dismissed for failing to comply with the governing rules, failing to comply with the Court's prior orders, and failing to prosecute her case. *See, e.g.*, Fed. R. Civ. P. 16(f); Fed. R. Civ. P. 41(b); Local Rule IA 11-8. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF CASE-DISPOSITIVE SANCTIONS.**

---

[1] In light of this order, Plaintiff was required to initiate a Rule 26(f) conference. *See* Local Rule 26-1(a). The parties were required to thereafter file a joint discovery plan. *Id.*

In addition, Defendant's proposed discovery plan (Docket No. 29) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: September 12, 2023

_____

Nancy J. Koppe
United States Magistrate Judge