# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ELIE BRAIDI,

    Plaintiff(s),

v.

LAS VEGAS SANDS CORP., et al.,

    Defendant(s).

Case No. 2:23-cv-01258-JCM-NJK

**Order**

[Docket No. 32]

    Pending before the Court is a motion to substitute attorneys. Docket No. 32. In violation of the local rules, the motion was filed by Jonathan Wallner but was signed by Jeffrey Schwartz. *See* Docket No. 32; *but see* Local Rule IC 5-1(b). Accordingly, the motion is DENIED and STRICKEN.

    IT IS SO ORDERED.

    Dated: September 29, 2023

                                                                               _____
                                                                               Nancy J. Koppe
                                                                               United States Magistrate Judge