# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIE BRAIDI,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAS VEGAS SANDS CORP.,<br><br>    Defendant(s). | Case No. 2:23-cv-01258-JCM-NJK<br><br>**Order** |

Pending before the Court is an order to show cause. Docket No. 30. An attorney has now appeared on Plaintiff's behalf and Plaintiff has filed a response. Docket No. 35. The Court cautions Plaintiff that strict compliance is expected moving forward with all orders, rules, and deadlines. The order to show cause is otherwise **DISCHARGED**. A joint proposed discovery plan must be filed by October 23, 2023.

IT IS SO ORDERED.

Dated: October 16, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1