# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIE BRAIDI,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS SANDS CORP.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-01258-JCM-NJK<br><br>**Order**<br><br>[Docket No. 40] |

Pending before the Court is a motion to withdraw as Plaintiff's attorney. Docket No. 40. For good cause shown, that motion is **GRANTED**.

At this juncture, Plaintiff will be proceeding *pro se*. Plaintiff is reminded that all deadlines and orders must be followed, despite not having attorney representation. *See, e.g.*, *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).

The Clerk's Office is **INSTRUCTED** to update the docket with Plaintiff's last known address. *See* Docket No. 40 at 5.

IT IS SO ORDERED.

Dated: October 31, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1