1  MICHAEL M. EDWARDS, ESQ.
   Nevada Bar No. 6281
2  DAVID P. PRITCHETT, ESQ.
   Nevada Bar No. 10959
3  **FREEMAN MATHIS & GARY, LLP**
   770 E. Warm Springs Rd. Suite 360
4  Las Vegas, NV 89119
   Tel.: (725) 258-7360
5  Fax: (833) 336-2131
   Michael.Edwards@fmglaw.com
6  David.Pritchett@fmglaw.com
   *Attorneys for Defendant,*
7  *Venetian Las Vegas Gaming, LLC, dba*
   *Las Vegas Sands Corp.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ELIE BRAIDI,

  Plaintiff,

vs.

LAS VEGAS SANDS CORP. and DOES 1 to 10,

  Defendants.

CASE NO.: *2:23-cv-01258-~~JCN~~-NJK*  (JCM)

**SUBSTITUTION OF COUNSEL FOR DEFENDANT VENETIAN LAS VEGAS GAMING, LLC, DBA LAS VEGAS SANDS CORP.**

Defendant VENETIAN LAS VEGAS GAMING, LLC dba LAS VEGAS SANDS CORP. hereby substitute MICHAEL M. EDWARDS of the law firm of FREEMAN MATHIS & GARY LLP, as its attorney of record in the above-referenced matter in the place and stead of Lizel Rivera Cerezo and Paul Bigley as counsel of record for Defendant VENETIAN LAS VEGAS GAMING, LLC dba LAS VEGAS SANDS CORP. in the above-entitled matter.

DATED this 15th day of November 2023.

/s/George Batarseh
*George Batarseh, Vice President and Senior Associate General Counsel*
*Authorized Representative for Defendants Venetian Las Vegas Gaming, LLC, dba Las Vegas Sands Corp.*

**Freeman Mathis & Gary, LLP**
Attorneys at Law

1

Lizel Rivera Cerezo and Paul Bigley hereby acknowledges the substitution of the Michael M. Edwards of Freeman Mathis & Gary LLP as attorney of record for Defendant VENETIAN LAS VEGAS GAMING, LLC dba LAS VEGAS SANDS CORP. in the above-entitled matter.

DATED this 15th day of November 2023.

FREEMAN MATHIS & GARY, LLP

*/s/ Lizel R. Cerezo*
Paul A. Bigley, Esq. SBN 119462
Lizel R. Cerezo, Esq., SBN 224655
550 South Hope Street, Suite 2200
Los Angeles, California 90071-2627
(213) 615-7000 – Fax: (833) 264-2083
PBigley@fmglaw.com
Lizel.Cerezo@fmglaw.com

MICHAEL M. EDWARDS, ESQ of FREEMAN MATHIS & GARY LLP hereby consents to the representation of Defendant VENETIAN LAS VEGAS GAMING, LLC dba LAS VEGAS SANDS CORP. in the above-referenced matter, in the place and stead of Lizel Rivera Cerezo and Paul Bigley.

DATED this 15th day of November 2023.

FREEMAN MATHIS & GARY, LLP

*/s/Michael M. Edwards*
MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
DAVID P. PRITCHETT, ESQ.
Nevada Bar No. 10959
770 E. Warm Springs Rd. Suite 360
Las Vegas, NV 89119
*Attorneys for Defendants,*
*Venetian Las Vegas Gaming, LLC, dba Las Vegas Sands Corp.*

**ORDER**

**IT IS SO ORDERED.**

Dated: November 16, 2023

Nancy J. Koppe
United States Magistrate Judge