MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
DAVID P. PRITCHETT, ESQ.
Nevada Bar No. 10959
**FREEMAN MATHIS & GARY, LLP**
770 E Warm Springs Rd., Suite 360
Las Vegas, Nevada 89119
Tel.: (725) 258-7360
Fax: (833) 336-2131
Michael.Edwards@fmglaw.com
David.Pritchett@fmglaw.com
*Attorneys for Defendant,*
*Las Vegas Sands Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIE BRAIDI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SANDS CORP., a Nevada corporation; DOES 1-10 inclusive,<br><br>Defendants. | Case No.:   2:23-cv-01258-JCM-NJK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between ELIE BRAIDI ("Plaintiff") and LAS VEGAS SANDS CORP. ("Defendant"), and through Plaintiff and Defendant's undersigned counsel of record,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page **1** of **2**

that Plaintiff's complaint in this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each of the parties bearing their own respective costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED this 6th day of December, 2023.         DATED this 6th day of December, 2023.

FREEMAN MATHIS & GARY, LLP

/s/ Michael M. Edwards                        /s/ Elie Braidi
MICHAEL M. EDWARDS, ESQ.                      Elie Braidi
Nevada Bar No. 6281                           1120 N. El Centro Ave #7
DAVID P. PRITCHETT, ESQ.                      Los Angeles, CA 90038
Nevada Bar No. 10959                          (818) 468-9727
770 E Warm Springs Road, Suite 360            *Pro Se*
Las Vegas, Nevada 89119
*Attorneys for Defendant*
*Las Vegas Sands Corp.*

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED** December 12, 2023.

UNITED STATES DISTRICT COURT JUDGE

# Natasha Hopkins

| | |
|---|---|
| **From:** | Elie Braidi <eliebraidi@me.com> |
| **Sent:** | Wednesday, December 6, 2023 4:02 PM |
| **To:** | Natasha Hopkins |
| **Cc:** | Michael Edwards; David P. Pritchett; Laurie Moreno; Heidi Davis |
| **Subject:** | Re: Elie Braidi v. Las Vegas Sand Corp. |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

Hello,

You have my permission to affix my signature on the stipulation of dismissal.

> On Dec 6, 2023, at 10:56 AM, Natasha Hopkins <Natasha.Hopkins@fmglaw.com> wrote:
>
> *Sent on behalf of Michael M. Edwards*
>
> Good morning Mr. Braidi,
>
> Please find attached our proposed Stipulation of Dismissal with Prejudice for your review. Please advise if we have your permission to affix your e-signature, and we will get this filed with the court. Please let us know if you have any questions.
>
> Thank you,
>
> **Natasha Hopkins**
> Legal Assistant
> **Freeman Mathis & Gary, LLP**
> **770 E Warm Springs Road | Suite 360 | Las Vegas, NV 89119**
> **D: 725-258-7359**
> Natasha.Hopkins@fmglaw.com
> www.fmglaw.com | Instagram | Twitter | Facebook
>
> <image001.jpg>
> AZ | CA | CO | CT | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX
> Please read this important notice and confidentiality statement
>
> **From:** Elie Braidi <eliebraidi@me.com>
> **Sent:** Tuesday, December 5, 2023 3:39 PM
> **To:** Michael Edwards <Michael.Edwards@fmglaw.com>
> **Cc:** Laurie Moreno <Laurie.Moreno@fmglaw.com>; David P. Pritchett <David.Pritchett@fmglaw.com>
> **Subject:** Re: Elie Braidi v. Las Vegas Sand Corp.

1

> **Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

Hello Mr. Edwards,

After discussing with my family I agree to dismiss the case with prejudice and each party bear its own legal fees.  Please draft the agreement and send it over.


*Sincerely,*

*Elie Braidi*